George E. Jenner and Florence J. Jenner, appellees, v. A. J. Schorsch and Mary C. Schorsch, appellants. Gen. No. 29,168.

Action to recover balance claimed to be due on rescission of contract for the purchase of real property. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Joseph S. LaBuy, Judge, presiding. Heard in the third division of this court

for the first district at the March term, 1924. Reversed. Opinion filed April 29, 1925.

Theodore Johnson, for appellants. Harold L. Feigenholtz, for appellees.

Mr. Justice Thomson delivered the opinion of the court.